# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **BENJAMIN W. COX,** | )
)
Plaintiff, ) Case No. 2:20CV00013
)
v. ) **JUDGMENT**
)
**KILOLO KIJAKAZI, ACTING** ) J‍udge J‍ames P. J‍ones
**COMMISSIONER OF** )
**SOCIAL SECURITY,** )
)
Defendant. ) |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: October 20, 2021

/s/  J‍ames P. J‍ones
Senior United States District Judge